UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | |
|---|---|
| In re:  Gloria Young Taylor ) | |
| SSN: xx-xx-8281 ) | |
| Debtor ) | Bankruptcy No: 13-35574 |
| ) | Chapter 13 |
| Address:    6333 Spring Crest Lane ) | |
| Henrico, VA 23231 ) | |
| | |
| JPMORGAN CHASE BANK, NA. ) | |
| ) | |
| Movant ) | |
| ) | |
| v. ) | |
| ) | |
| GLORIA YOUNG TAYLOR ) | |
| CARL M. BATES, Trustee ) | |
| ) | |
| Respondents ) | |

MOTION TO CONTINUE AUTOMATIC STAY IN FORCE

COMES NOW, Roanoke's Car Shop Inc, by counsel and moves this court, pursuant to Fed. R. Bankr. P. 4001 and 11 U.S.C. Sec. 362(e), to continue the Automatic Stay in force until the hearing date set in this case on February 26, 2014.

WHEREFORE, Roanoke's Car Shop Inc prays for an order continuing the automatic stay in force until the hearing set on February 26, 2014, or further Order of the Court.

Roanoke's Car Shop Inc

By:/s/ *Matthew D. Huebschman*
Of Counsel

Matthew D. Huebschman, Esq. VSB.44181
SHENANDOAH LEGAL GROUP, P.C.
Post Office Box 75
Roanoke, Virginia 24002-0075
Phone: (540) 344-4490; Fax: (540) 343-0185

## Certificate of Service

I hereby certify that I have on January 24, 2014, mailed or hand-delivered a true copy of the foregoing Motion (or Objection) to the parties listed on the attached service list.

/s/ Matthew D. Huebschman

Roger Hurwitz, Esq.
The Debt Law Group, PLLC
Box 10
4036 Plank Road
Fredericksburg, VA 22407

Carl M. Bates, Trustee
P.O. Box 1819
Richmond, VA 23218

Gloria Young Taylor
633 Spring Crest Lane
Henrico, VA 23231